IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREAS JEJUAN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:08cv642-WHA |
| | ) | |
| JOHN C. HAMILTON, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

### **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #28), entered on February 11, 2009, to which no timely objection has been filed.

After a review of this file, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 5th day March, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE